v.

**SQUARE, INC., Appellee**

2016-1818

United States Court of Appeals, Federal Circuit.

July 24, 2017

**Michael L. MACIAS, Petitioner**

v.

**DEPARTMENT OF THE ARMY, Respondent**

2016-2508

United States Court of Appeals, Federal Circuit.

July 24, 2017

DAVID PAUL CLISHAM, Clisham & Sortor, San Francisco, CA, argued for petitioner. Also represented by JUSTINE LIV CLISHAM.

RETA EMMA BEZAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD T. BLADES, JR., ROBERT E. KIRSCHMAN, JR., CHAD A. READLER.

(Newman, Linn, and Moore, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**